Edward D. Johnson (SBN 189475)
 wjohnson@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
 jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Christopher J. Kelly (*Pro Hac Vice*)
 cjkelly@mayerbrown.com
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Richard M. Assmus (*Pro Hac Vice*)
 rassmus@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Attorneys for Defendant*
SECCION AMARILLA USA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| MOMENTO, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SECCION AMARILLA USA, CORY SUAZO, RAFAEL BERRIOS, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 09-CV-1223 SBA<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

Upon reviewing Defendant Seccion Amarilla USA's ("SAUSA") Administrative Motion For Extension Of Time To File Opposition To Plaintiff's *Ex Parte* Application (Dkt. No. 2) [L.R. 7-11], the papers submitted in support and opposition, and for good cause appearing, the Court hereby finds that an extension of time to April 3, 2009, for SAUSA to file its Opposition to Plaintiff's *Ex Parte* Application For Order For Impound Or In The Alternative Order To Preserve Evidence, Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunction (the "*Ex Parte* Application") is warranted in this case, and that such an extension will not be prejudicial to Plaintiff.

Therefore, it is hereby **ORDERED** that SAUSA shall file its Opposition to the *Ex Parte* Application on or before Friday, April 3, 2009.

**IT IS SO ORDERED.**

Dated: 4/1/09 , 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge