```
 1  Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrown.com
 2  Jason A. Wrubleski (SBN 251766)
      jwrubleski@mayerbrown.com
 3  MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
 4  3000 El Camino Real
    Palo Alto, CA 94306-2112
 5  Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
 6
    Christopher J. Kelly (Pro Hac Vice)
 7    cjkelly@mayerbrown.com
    MAYER BROWN LLP
 8  1909 K Street, N.W.
    Washington, D.C. 20006-1101
 9  Telephone: (202) 263-3000
    Facsimile:  (202) 263-3300
10
    Richard M. Assmus (Pro Hac Vice)
11    rassmus@mayerbrown.com
    MAYER BROWN LLP
12  71 S. Wacker Drive
    Chicago, IL 60606-4637
13  Telephone: (312) 782-0600
    Facsimile:  (312) 701-7711
14
    Attorneys for Defendant
15  SECCION AMARILLA USA
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| MOMENTO, INC., <br><br> Plaintiff, <br><br> v. <br><br> SECCION AMARILLA USA, CORY SUAZO, RAFAEL BERRIOS, and DOES 1-50, <br><br> Defendants. | Case No. 09-CV-1223 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT SECCION AMARILLA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. Saundra Brown Armstrong |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S ADMIN. MOT. TO SEAL
CASE NO. 09-CV-1223 SBA

44052466.1

1   WHEREAS, on April 3, 2009, Defendant Seccion Amarilla (SAUSA) will file its
2   Opposition To Plaintiff's *Ex Parte* Application For Order For Impound Or, In The Alternative,
3   Order To Preserve Evidence, Temporary Restraining Order, Order To Show Cause Re:
4   Preliminary Injunction ("Opposition"), its Declaration Of Arturo Pellerano In Support Of
5   Defendant Seccion Amarilla USA's Opposition To Plaintiff's *Ex Parte* Application For Order
6   For Impound Or, In The Alternative, Order To Preserve Evidence, Temporary Restraining Order,
7   Order To Show Cause Re: Preliminary Injunction ("Pellerano Declaration"), and of its
8   Declaration of Teresita Nodarse In Support Of Defendant Seccion Amarilla USA's Opposition
9   To Plaintiff's *Ex Parte* Application (Dkt. No. 2) And In Support Of Defendant Seccion
10  Amarilla's Administrative Motion To File Under Seal ("Nodarse Declaration");

11  WHEREAS, portions of paragraphs 4, 6, and 7 of the Pellerano Declaration; Exhibits B
12  and C to the Nodarse Declaration; and portions of the Opposition citing to those and only those
13  paragraphs and exhibits contain competitively sensitive pricing and cost information; and

14  WHEREAS, on April 3, 2009, counsel for Momento, Inc. ("Momento") reviewed the
15  proposed redacted forms of the Pellerano Declaration and the Nodarse Declaration;

16  THEREFORE, it is hereby stipulated and agreed by SAUSA and Momento, through
17  their respective counsel of record, as follows:

18  1)   The Opposition, Pellerano Declaration, and Nodarse Declaration are to be filed
19  under seal, with redacted versions omitting only those portions relating to the above-recited
20  competitively sensitive cost and pricing information to be filed electronically;

21  2)   The unredacted versions of the Opposition, Pellerano Declaration, and Nodarse
22  Declaration served on Ali Kamarei, undersigned counsel for Momento, shall not be disclosed to
23  any person or entity except for outside counsel of record (which includes the partners, associates,
24  contract attorneys, agents and employees of the outside counsel of record, except for agents or
25  employees who have been retained or employed by outside counsel of record as experts or
26  consultants) for the parties to this action, and shall only be so disclosed to the extent reasonably
27  necessary to render professional services in this action. Unless otherwise expressly provided
28  subsequently through stipulation or order, said outside counsel of record shall include only the

1  law firms of Mayer Brown LLP on behalf of SAUSA and Inhouse Co. on behalf of Momento;

2      3) Paragraph 2 of this stipulation and Order shall remain in effect only until such

3  time as an appropriate Protective Order is entered in the above-captioned case;

4      4) SAUSA, by and through its counsel, agrees not to oppose any motion by

5  Momento for leave to file a reply in support of Plaintiff's *Ex Parte* Application For Order For

6  Impound Or, In The Alternative, Order To Preserve Evidence, Temporary Restraining Order,

7  Order To Show Cause Re: Preliminary Injunction.

8      **IT IS SO STIPULATED.**

Dated: April 3, 2009                    INHOUSE CO.

                                            By: /s/ Ali Kamarei
                                                Ali Kamarei, Esq.

Attorneys for Plaintiff Momento, Inc.

Dated: April 3, 2009                      MAYER BROWN, LLP

                                            By: /s/ Richard M. Assmus
                                                Richard M. Assmus

Attorneys for Defendant Seccion Amarilla, USA

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Jason A. Wrubleski hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 8, 2009                    By: /s/ Saundra B. Armstrong
                                                Hon. Saundra Brown Armstrong
                                                United States District Judge