1  Edward D. Johnson (SBN 189475)
     wjohnson@mayerbrown.com
2  Jason A. Wrubleski (SBN 251766)
     jwrubleski@mayerbrown.com
3  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
4  3000 El Camino Real
   Palo Alto, CA  94306-2112
5  Telephone:  (650) 331-2000
   Facsimile:   (650) 331-2060
6
   Christopher J. Kelly (*Pro Hac Vice*)
7    cjkelly@mayerbrown.com
   MAYER BROWN LLP
8  1909 K Street, N.W.
   Washington, D.C.  20006-1101
9  Telephone:  (202) 263-3000
   Facsimile:  (202) 263-3300
10
   Richard M. Assmus (*Pro Hac Vice*)
11   rassmus@mayerbrown.com
   MAYER BROWN LLP
12 71 S. Wacker Drive
   Chicago, IL  60606-4637
13 Telephone:  (312) 782-0600
   Facsimile:  (312) 701-7711
14
   *Attorneys for Defendants*
15 SECCION AMARILLA USA, CORY SUAZO,
   and RAFAEL BERRIOS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| MOMENTO, INC.,<br><br>                 Plaintiff,<br><br>      v.<br><br>SECCION AMARILLA USA, CORY SUAZO, RAFAEL BERRIOS, and DOES 1-50,<br><br>                 Defendants. | Case No. 09-CV-1223 SBA<br><br>**ORDER** |

[PROPOSED] ORDER

44054425.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon reviewing Defendants Seccion Amarilla USA, Cory Suazo, and Rafael Berrios' (collectively, "SAUSA") Withdrawal Of Motion To Dismiss Plaintiff's Second, Third, And Fifth Claims For Relief and papers submitted in support, it is hereby **ORDERED** that the clerk remove the hearing scheduled for June16, 2009 from this Court's calendar.

**IT IS SO ORDERED.**

Dated:  5/27/09

_____
Hon. Saundra Brown Armstrong
United States District Judge

[PROPOSED] ORDER