Ali Kamarei, State Bar No. 175977
Alex Chen State Bar No. 245798
Sara B. Malek State Bar No. 262344
INHOUSE Co
Knight Ridder Bldg.
50 W. San Fernando St, Ste. 900
San Jose, CA 95113
Telephone: (650) 906-7040

Attorneys for: Plaintiff Momento

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOMENTO, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SECCION AMARILLA USA, a California Limited Liability Corporation, CORY SUAZO, an individual, RAFAEL BERRIOS, an individual, and Does 1-50 inclusive,<br><br>Defendants | Case No. 09-CV-1223 SBA<br><br>[~~PROPOSED~~] ORDER |

Upon reviewing Plaintiff Momento's Motion for Clarification of the Order and the Stipulation for Clarification of the Order and for good cause appearing, the Court hereby finds that the Order entered on May 13, 2009 is hereby amended to preclude Defendant Seccion Amarilla, USA from distributing the 2009 Oakland directory.

Therefore, it is hereby **ORDERED**:

-1-

Proposed Order

Defendants SAUSA, Cory Suazo and Rafael Berrios, their servants, agents and employees, all persons acting or purporting to acting or purporting to act under their authority, direction or control , and all persons acting in concert or in participation with any of them who receive notice of this ORDER, shall be and are restrained and enjoined:

1. From copying any of the copyrighted woks of Momento, not limited to those identified in the exhibits submitted in support of the preliminary injunction motion, an in particular from preparing any derivative works from such copyrights, and from copying any of the copyrights works into any computer data base, information service, storage facility, or archives.

2. From preparing derivative works from any portion of Momento's copyrighted works and from causing them to be copied, disclosed or displayed.

3. From destroying or concealing, or in any way displaying of any reproduction, copy, facsimile, excerpt, scanned version, or derivative of any copyrighted work of Momento including those stored on computers or computer files.

4. From false and misleading advertisement and from promoting its yellow pages as "the first and only Spanish directory delivered to consumers in Northern California."

5. From making unauthorized reproductions of copyrighted works of Momento website.

IT IS FURTHER ORDERED THAT:

6. Defendants RETRIEVE any and all 2009 San Jose and San Francisco Directories that are undistributed and stored on pallets outside of distribution locations

7. Defendants TURN OVER to Plaintiff's counsel all primary infringing articles used for

Proposed Order

solicitation of advertisements, in their possession, custody or control of any copyrighted work of Momento, including but not limited to: (1) salesperson and company files relating to solicitation of advertisements that contain copies copyrighted works of Momento but which exclude records documenting the sale of the advertisements; and (2) portable computer files and other media on which the defendants have stored copyrighted works or derivative materials, including data stored on internal hard disk drives.  This relief is granted pursuant to 17 U.S.C. § 503(a)(1)(A) and (B).

8. Defendants are ENJOINED from distributing the 2009 Oakland directory in its present form.

This preliminary injunction will take effect upon Momento's posting a bond in the amount of $355,550.00.

**IT IS SO ORDERED.**
Dated: ___6-8_____, 2009   *Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Judge

Proposed Order