Edward D. Johnson (SBN 189475)
 wjohnson@mayerbrown.com
Donald M. Falk (SBN 150256)
 dfalk@mayerbrown.com
Eric B. Evans (SBN 232476)
 eevans@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
 jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Christopher J. Kelly (*Pro Hac Vice*)
 cjkelly@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

Richard M. Assmus (*Pro Hac Vice*)
 rassmus@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Attorneys for Defendants*
SECCION AMARILLA USA, CORY SUAZO,
AND RAFAEL BERRIOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| MOMENTO, INC., <br> *Plaintiff and Counterclaim-Defendant,* <br> v. <br> SECCION AMARILLA USA, CORY SUAZO, RAFAEL BERRIOS, and DOES 1-50, <br> *Defendants and Counterclaim-Plaintiff,* <br> v. <br> HAMID PARVIN, <br> *Third Party Defendant.* | Case No. 09-CV-1223 SBA <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Defendants, Counterclaim Plaintiff, and Third Party Plaintiff Seccion Amarilla USA ("SAUSA"), Cory Suazo and Rafael Berrios; Plaintiff and Counterclaim Defendant Momento, Inc.; and Third-Party Defendant Hamid Parvin, by and through their counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims in the above-entitled action be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: November 23, 2009

s/ Richard M. Assmus /s/
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*Attorneys for Defendants, Counterclaim Plaintiff, and Third Party Plaintiff Seccion Amarilla USA, Cory Suazo and Rafael Berrios*

Dated: November 23, 2009

s/
INHOUSE Co.
Knight Ridder Bldg
50 W San Fernando St Ste 900
San Jose, CA 95113
*Attorneys for Plaintiff and Counterclaim Defendant Momento, Inc. and Third-Party Defendant Hamid Parvin*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __NOVEMBER 30__, 2009

Saundra B. Armstrong
The Honorable Saundra B. Armstrong
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 09-CV-1223 SBA